IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

JORGE ARMANDO RODRIGUEZ,

    Defendant.
/

No. CR 09-0621 WHA

**ORDER DENYING PETITION FOR HABEAS CORPUS**

    For the reasons stated at today's hearing, the motion for habeas corpus is **DENIED** without prejudice.

    **IT IS SO ORDERED.**

Dated: July 14, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE