1
2
3
4
5
6                          IN THE UNITED STATES DISTRICT COURT

7                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9
10   UNITED STATES OF AMERICA,

11              Plaintiff,                          No. CR 09-0621 WHA

12       v.

13   JORGE ARMANDO RODRIGUEZ,                       **ORDER REQUESTING
                                                    DEFENDANT RESPONSE TO
14              Defendant.                          ORDER OF THE COURT OF
                                                    APPEALS FOR THE NINTH
15   _____/             CIRCUIT**

16

17          The Court of Appeals for the Ninth Circuit has remanded this case "for the limited

18   purpose of permitting the district court to provide appellant notice and an opportunity to request

19   that the time for filing the notice of appeal be extended . . . based on a showing of excusable

20   neglect," pursuant to Federal Rule of Appellate Procedure 4(b)(4) (Dkt. No. 29).  This order

21   requests a response by defendant — concerning his reason for delay in filing a notice of appeal

22   — by **SEPTEMBER 6, 2010**.

23

24          **IT IS SO ORDERED.**

25

26   Dated:  August 23, 2010.                      _____
                                                    WILLIAM ALSUP
27                                                  UNITED STATES DISTRICT JUDGE

28